# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D19-494

—————————————————

KEVIN LAMAR BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

September 20, 2019

PER CURIAM.

Appellant's petition for writ of habeas corpus raises claims that, if properly treated as a motion for postconviction relief, are untimely and successive, and is therefore frivolous and an abuse of the postconviction process. We affirm the lower court's denial of the motion, and we direct the Clerk to forward a certified copy of this opinion to the Department of Corrections for potential disciplinary action against Appellant. *See Ponton v. Willis*, 172 So. 3d 574, 576-77 (Fla. 1st DCA 2015).

AFFIRMED.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Kevin Lamar Brown, pro se, Appellant.

Ashley Moody, Attorney General, Michael McDermott, Assistant Attorney General, Tallahassee, for Appellee.